**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA
10
11   JOSE DANIEL CASTILLO-ANTONIO,              No. C-13-05709 DMR
12              Plaintiff(s),                   **ORDER RE: STATUS REPORT**
                                                **[DOCKET NO. 22]**
13        v.
14   KA CHAN,
15              Defendant(s).
16   _____/
17        The court is in receipt of Plaintiff's status report.  [Docket No. 22.]  By **November 24, 2014**,
18   Plaintiff shall file a motion to serve Defendant Ka Chan by publication.
19
20        IT IS SO ORDERED.
21
22   Dated:  November 7, 2014
23                                              _____
24                                              DONNA M. RYU
                                                United States Magistrate Judge
25
26
27
28